■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TEWANDE YOUNG, Appellant. [754 NYS2d 592] —Appeal from a judgment of the County Court of Schenectady County (Hoye,

J.), rendered April 23, 2002, convicting defendant upon his plea of guilty of the crime of criminal possession of a weapon in the third degree.

In satisfaction of a superior court information and multiple pending charges, defendant pleaded guilty to the crime of criminal possession of a weapon in the third degree and was sentenced as a second felony offender in accordance with the plea agreement to a prison term of 3 to 6 years. Defendant appeals, contending that the sentence imposed was harsh or excessive. Inasmuch as defendant waived his right to appeal as part of a knowing, voluntary and intelligent plea of guilty, he has failed to preserve this issue for our review (*see People v Hidalgo*, 91 NY2d 733; *People v Varno*, 297 AD2d 873, *lv denied* 99 NY2d 565). Nevertheless, were we to reach this issue, we would find no extraordinary circumstances or abuse of discretion warranting a reduction of the sentence imposed in the interest of justice (*see People v Henry*, 222 AD2d 932, *lv denied* 88 NY2d 848).

Cardona, P.J., Mercure, Spain, Carpinello and Kane, JJ., concur. Ordered that the judgment is affirmed.